


'08 CV 1207 LAB WMc

IN THE SUPERIOR COURT OF THE STATE OF CALIFORNIA

IN AND FOR THE COUNTY OF San Diego

IN RE: Preston Moore, F95661 ) CASE NO: SCD206353
IN HABEAS CORPUS. ) PETITION FO. WRIT OF HABEAS CORPUS
State of California )
San Diego

TO: THE HONORABLE JUDGE OF THE ABOVE-ENTITLED COURT:

Comes now Preston L. Moore, F95661 petitioner, in whose behalf the writ is applied for, who is confined from liberty at Calipatria, California in the custody of Superintendant Larry Smalls-warden as a result of a judgement of the Superior Court of San Diego County on or about the 1st day of November, 2007 in case # SCD206353 sentencing petitioner to a term of imprisonment not to exceed 3 years. Said sentencing was carried out pursuant to a negotiated plea of guilty. The subject of this action is the violation of the plea bargain entered into by petitioner. Petitioner has a right and entitlement to receive the bargain which was the basis for the plea petitioner agreed to make. The purpose of this petition is to bring this matter to the court in order to remedy the violation of the plea bargain entered into by petitioner.

## FACTS IN SUPPORT OF PETITION

The attached declaration of petitioner is hereby fully incorporated by reference and along with the transcripts of the plea negotation and subsequent sentencing will disclose that prosecutor, and/or the court, was agreed that in exchange for said guilty plea a term of imprisonment of _County year or probation (re) Counsel_ would be imposed against petitioner. Petitioner specifically was advised and/or otherwise was of the state of mind that the plea bargain entered into would result in the following sentence and/or other actions: _I was being charged with aiding and abeding during the preliminary hearing, after they found out I was duped, and wasn't the mastermind. Also I was Extradited from Georgia never been to the state of California this was an Internet Scam._ The plea bargain petitioner entered into has been violated by the court and as a result petitioner is being subjected to onerous punishment and/or other disabilities in violation of the plea agreement. The transcripts of the plea negotiation and sentencing are presently unavailable to petitioner. Petitioner does believe and therefore does assert that examination of the records of this negotiated plea will disclose facts which will support the allegations contained in this petition. Further, had petitioner been knowledgeable and aware of the sentencing resulting in the aforementioned onerous punishment that petitioner would not have entered into the plea.

### PRAYER

WHEREFORE, Good Cause having been shown, the court should grant the Great Writ as follows:

1. Declare petitioner's rights;

2. Order that petitioner should be given the right exercise the option of enforcing the plea to which **petitioner** agreed;

3. Appoint petitioner counsel to assist in the litigation necessary to remedy the subject of this petition;

4. that the court grant other and further relief that is just and proper.

DATED: 6-24-08                                Preston L. Moore

                                              PETITIONER
                                              IN PRO PER

## VERIFICATION

I am the petitioner in the above cause of action, have read the statements herein, and declare under penalty of perjury that upon information and belief these statements are true and correct. Executed this 24th day of the June 2008 at Calipatria, California pursuant to California Code of Civil Procedure, Sections 446 and 2015.5.

                                              PETITIONER and DECLARANT

-3-

DECLARATION OF <u>Writ of Habeas Corpus</u>

I, <u>Preston L. Moore</u>, HEREBY DECLARE:

1. That I am the petitioner in the above cause of action;

2. That I am incarcerated within the Department of Corrections at <u>Calipatria State prison</u> as a result of a commitment from <u>San Diego County</u> County for violation of Penal Code, Section <u>-1192.5</u> as the result of a negotiated plea in Superior Court Case Number <u>SCD 206353</u>;

3. That I was sentenced in violation of the agreement and understanding to a term more onerous then that negotiated to;

4. That this negotiated plea was agreed to by the prosecution and judge in the aforementioned cause of action;

5. That the imposition of a sentence more onerous than that plead to violates petitioner's rights as guaranteed by the due process and equal protection clauses of both the state and federal Constitutions;

6. That without intervention by this court I will be subject to the illegal restraints described and/or the likelihood of imprisonment beyond that which was agreed to by the plea of petitioner;

7. That I am a layperson and untrained in law.

I am the declarant in this action, have read the declaration, and swear under penalty of perjury that upon information and belief this declaration is true and correct. Executed this day of <u>24th of June 2008</u> at <u>Calipatria</u>, California pursuant to Civil Code of Procedure, Sections 446 and 2015.5.

DECLARANT

-4-

MEMORANDUM OF POINTS AND AUTHORITIES

THE INFLICTION OF PUNISHMENT IN VIOLATION OF A NEGOTIATED PLEA IS A VIOLATION OF THE DUE PROCESS OF LAW. 8th and 14th Amendment to the United States Constitution; California Penal Code, Section 1192.5.

The United States Supreme Court established standards for negotiated pleas in Boykin v. Alabama, (1969) 395 U.S. 238, 89 S.Ct. 1703, 23 L.Ed.2d 274. In Baykin, (supra) the court held that a guilty plea would not be accepted unless there was affirmative evidence that the plea was not only voluntary, but further concluded that the trial court must use the "utmost solicitude...in canvassing the matter with the accused to make sure he has a full understanding of what the plea connotes and of its consequences." Boykin v. Alabama, (supra) at 243-244. In light of such standards the federal courts have time and again vacated or forced compliance with pleas when defendants have been able to show that they have been unfairly subjected to punishment in excess of that bargained for through the plea negotiation. Where a promise is "unfulfilled," specifically denies that the plea "must stand." Brady v. United States, (1970) 397 U.S. 742, 755, 90 S.Ct. 1463, 25 L.Ed. 747, 760. Petitioner brings to the court just such a violation of the plea entered into as the result of negotiation and good faith on the part of petitioner. Petitioner did enter into a plea as the result of a specific understanding as to conditions which have not been violated subjecting petitioner to more onerous punishment then that plead to.

In a series of cases, perhaps lead by the United States Supreme Court decision in Santobello v. New York, (1971) 404 U.S. 257, 92 S.Ct. 495, 30 L.Ed.2d 427, negotiated pleas and the issue of compliance of same have been determined to be mandatory.

-5-

> "...when a plea rests in any significant degree on a promise or agreement of the prosecutor, so that it can be said to be a part of the inducement or consideration, such a promise <u>must be</u> fulfilled...." (Emphasis Added) <u>Santobello v. New York</u>, (<u>supra</u>) at 262.

In the spirit of <u>Santobello</u>, (<u>supra</u>) federal courts have time and again required compliance with negotiated pleas, even to the point of striking statutory mandate of parole. In <u>United States ec r. Baker v. Finkbeiner</u>, (1977) 551 F.2d 180, where a defendant had entered into a negotiated plea of guilty for a specific sentence was neither informed prior to or during the bargaining session, nor at the sentencing proceeding that parole was statutorily required penalty to be part of the sentence, the court stated:

> "We do not find the imposition of a two year parole term to be an insignificant punishment. lll We therefore hold that Baker's guilty plea was unfairly induced in violation of the Due Process Clarse. <u>Baker v. Finkbeiner</u>, (<u>supra</u>) at 184.

With regard to the question of remedy and necessity to set right this violation of the Due Process Clause, the <u>Baker</u> court went on citing <u>Santobello</u>, (<u>supra</u>0 at 184:

> "Under the circumstances of the case <u>it would be unjust to simply vacate the guilty plea, which theoretically would allow the State to reindict Baker.</u> Since he has already performed his side of the bargain, <u>fundamential fairness demands that the State be compelled to adhere to the agreement as well.</u>" (Emphasis Added) Citing from <u>Santobello</u>, (<u>supra</u>) 404 U.S. at 265.

Likewise, in <u>United States ex rel Ferris v. Finkbeiner</u>, (1977) 551 F.2d 185, where the trial court "uninformed and misinformed" defendant, the court therein stated at page 187:

> "Since Ferris has substantially begun performing his side of the bargain, it would not be fair to vacate the plea and require him to go through the procedure anew. <u>Fundamental fairness can be had by limiting his term of custody to that portion of the sentence</u>

which comports with the bargain made." (Emphasis Added)

Further, in <u>United States ex rel Johnson v. DeRoberts</u>, (1982) 541F. Supp. 547, where the state argued that the plea negotiation "yielded no agreement" and therefore Johnson entered his plea without a justified expectation of a specific sentence and was not deprived of any bargain, the court rejected such argument and vioded the attached punishment which violated the plea and states at page 550:

> "Baker extablishes that the trial judge is bount to a plea bargain when it participates in the plea negotiation process and ratifies the resulting agreement. A defendant who pleads guilty in eliance on such agreement cannot be sentenced to a term longer than he was promised. In the present case, the trial judge virtually sealed the plea agreement by disclosing the sentence he would impose once the petitioner pleaded guilty. The disclosure obviated the need for further negotiations between the states attorney and defense counsel. <u>If a trial court is bound by an agreement it ratifies, it is surely bound by an agreement it authors.</u>" (Emphasis Added) <u>United States ex rel Johnson v. DeRoberts</u>, (<u>supra</u>) at 550, see also fn 5.

California Courts have long recognized and established standards for the use of negotiated pleas. California Penal Code, Section 1192.5

> "Where such a plea is accepted by the prosecuting attorney in open court and is approved by the court, the defendant, ...can not be sentenced on such a plea to a punishment more severe then that <u>specified in the plea and the court may not proceed as to such plea other than as specified in the plea.</u>" (Emphasis Added) California Penal Code, Section 1192.5.

Absent serious misrepresentations by the defendant in obtaining a plea bargain, such as fraud in negotiating the plea, California authority extablishes entitlement to the terms bargained for or siad plea is violated, to withdraw the plea or in naving its co-

-7-

ditions enforced. People v. Flores, ( ) 6 C. 3d 305; People v. Johnson (1974) 10 C.3d 868; In re Lawler, (1979) 23 C.3d 190; People v. Calloway, (1981) 29 C.3d 666; People v. Mancheno, ( ) 32 C.3d 855; People v. Newton, (1974) 42 CA 3d 292; People v. Martinez, (1979) 88 CA 3d 890; Penal code, Section 1192.5. In striking down imposed punishment more onerous then that negotiated and plead to the court applied the Due Process violation rule on rationale that the experts, i.e., the courts and prosecuting attorney are/or should be aware at the time of the "deal making" precisely what the understanding of defendant is or that a mandatory rule apples whereas the defendant is often ignorant of that fact.

> "Under the circumstances, we hold that in entering his plea defendant bargained with recognized authorities for a sentence of no more than five years to life and that he must be given the benefit of his plea bargain. (Emphasis Added) People v. Flores, (supra) 6 C.3d at

In formulation of a remedy for correction of this plea bargain violation it is instructional to note the posture of Justice Douglas, in Santobello, (supra):

> "In choosing a remedy, however, a court ought to accord a defendant's preference considerable, if not controlling, weight inasmuch as the fundamental rights flouted by a prosecutor's breach of a plea bargain are those of the defendant, not of the State. Santobello, (supra) 404 U.S. at 436.

### CONCLUSION

Petitioner is entitled to enforcement of the negotiated plea, the terms of which he is in compliance with, and should not receive punishment beyond that bargained for. Because petitioner did not agree to the punishment received as the result of the negotiated plea, the punishment imposed in excess of the plea negotiated

-8-

should be purged as being violative of the terms of the plea. Petitioner should be discharged from all further restraints bey those agreed to as a condition of the plea, or in the alternat petitioner should be given the choice to withdraw the plea. T relief prayed for should be granted and the writ should be is

PROOF OF SERVICE BY MAIL

I am a resident of the State of California, over the age of 18 years, and not a party to the within cause of action. That on or about the 24th day of June, 2008 I serve upon the custodian of petitioner a true copy of this Peti for Writ of Habeas Corpus by placing same in the U.S. Mail post prepaid or that I did provide same to a Correctional Officer for mailing and that the following address was attached:
Addressed as follows:

Calipatria State prison
Po Box 5008 M2-64 Low
Calipatria, California 92233

I declare under penalty of perjury that the foregoing true and correct. Executed this 24th day of June, 2008 at Calipatria, California pursuant to California Code of civil Procedure, Sections 446 and 2015.5

F95661
DECLARANT

## Statement of Facts

I am an Inmate at Calipatria State prison. I was extredited from the State of Georgia on or about May 2007. I have never visited nor have I been a resident of the State of California.

On or about January 2007, I applied for a Job online at Career Builders.com a national employment site. I also have a partime Collection Service I have been running for about sixteen years in the State of Georgia. I was Contacted by a potential employer who was looking for a national representive to collect funds from their Clients for Goods and Services. At no time did I know they were Crooks until I was contacted by my banker. I had recieved a bad Check from another State in which I was told the Client Canceled the order. After that incident, The Company Euro finance Contacted me back by email →

and said they had other clients they want me to collect from. I went to local authorities to see if there had been any fraud reports on this Company <u>Eurofinance</u> they said no. I didn't meet with a Detective, just a <u>dispatch clerk</u> who said she would have someone get in contact with me. by that time the Company had Tranferred 108K supposed to have been from a San Diego real istate Company. It came to my bank in the Companys name out of San Diego <u>Janis Properties</u>. I later found out that the funds tranferred was a fraud. These funds came into my <u>small business Account</u> we had a Contract with <u>Eurofinance</u> outlining our duties. I would never had dealt with Crooks, I have no prision priors. I feel I was <u>mislead by my paid Counsel</u>. I asked under distress what would I need to do to keep from going to prison. He said take full responsibility and he would get me <u>probation</u> or possibly <u>a County year</u>. I put my trust in him but probation said I was not suited for probation in the State of California since I was a non-resident, therefore I had to face sentencing from a superior Court Judge.

(1)

## Statement of Facts

I am an Inmate at Calipatria State prison. I was extradited from the State of Georgia on or about May 2007. I have never visited nor have I been a resident of the State of California.

On or about January 2007, I applied for a Job online at <u>Career Builders.com</u> a national employment site. I also have a partime Collection Service I have been running for about sixteen years in the State of Georgia. I was contacted by a potential employer who was looking for a national representive to collect funds from their clients for Goods and Services. At no time did I know they were Crooks until I was contacted by my banker. I had recieved a bad check from another state in which I was told the client canceled the order. After that incident, The Company <u>Euro finance</u> contacted me back by email →

and said by the other Client the Granted me to collect from. I went to local authorites to see if there had been any fraud reports on this Company Eurofinance they said no. I didn't meet with a Detective, just a dispatch clerk who said she would have someone get in contact with me. by that time the Company had Tranferred 108K supposed to have been from a San Diego realistate Company. It came to my bank in the Companys name out of San Diego Janis Properties. I later found out that the funds tranferred was a fraud. These funds came into my Small business Account we had a Contract with Eurofinance outlining our duties. I would never had dealt with Crooks, I have no prison priors. I feel I was mislead by my paid Counsel. I asked under distress what would I need to do to keep from Going to prison. He said take full responsibility and he would get me probation or possibly a County year I put my trust in him but probation said I was not suited for probation in the State of California since I was a non-resident. therefore I had to face sentencing from a Superior Court Judge.

I have been married to Georgia and four children one daughter just went off to college at michigan State, I am a Home owner and worked as a legal Assistant to the Georgia Legal Attorney's, I could of fought extradition. but I knew I was innocent and never had problems ever in my business for fraud. Georgia Gave me a polygraph. in which I passed after bailing out of <u>George Bailey Denention facility</u>. I have proof this Company even persuied me while I, was incarcerated but the DA was happy with me per the Attorney.
I never meant to committ any Crime nor do I deal with Criminals, also I'm responsible for (89K) in which I didn't Steal, I feel this should be <u>reversed</u> due to me being <u>mis lead</u> by Counsel. I need to get back to my family in the <u>State of Georgia</u>. We tried to payoff State Restitution for transfer but was denied due to victims restitution being added to State I need help with this matter.

" Documents Available upon request!"

Sincerely,
Preston & Morri...

JS44
(Rev. 07/89)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE SECOND PAGE OF THIS FORM.)

**I (a) PLAINTIFFS**

Preston Moore

**(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF** Imperial
(EXCEPT IN U.S. PLAINTIFF CASES)

2254  1983
FILING FEE PAID  Yes ___ No ✓
IFP MOTION FILED  Yes ___ No ___
COPIES SENT TO Court  Pro se

**ATTORNEYS (IF KNOWN)**

State of California

FILED  JUL - 1 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ___ DEPUTY

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND

**(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)**

Preston Moore
PO Box 5008
Calipatria, CA 92233
F-95661

'08 CV 1207 LAB WMc

**II. BASIS OF JURISDICTION** (PLACE AN x IN ONE BOX ONLY)

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (PLACE AN X IN ONE BOX
(For Diversity Cases Only)  FOR PLAINTIFF AND ONE BOX FOR DEFENDANT

|  | PT | DEF |  | PT | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐1 | ☐1 | Incorporated or Principal Place of Business in This State | ☐4 | ☐4 |
| Citizen of Another State | ☐2 | ☐2 | Incorporated and Principal Place of Business in Another State | ☐5 | ☐5 |
| Citizen or Subject of a Foreign Country | ☐3 | ☐3 | Foreign Nation | ☐6 | ☐6 |

**IV. CAUSE OF ACTION** (CITE THE US CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY).

28 U.S.C. 2254

**V. NATURE OF SUIT** (PLACE AN X IN ONE BOX ONLY)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| | PERSONAL INJURY | PERSONAL INJURY | | | |
| ☐ 110 Insurance | ☐ 310 Airplane | ☐ 362 Personal Injury- Medical Malpractice | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reappointment |
| ☐ Marine | ☐ 315 Airplane Product Liability | | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC881 | PROPERTY RIGHTS | ☐ 430 Banks and Banking |
| ☐ Negotiable Instrument | ☐ 330 Federal Employers' Liability | | ☐ 630 Liquor Laws | ☐ 820 Copyrights | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 640 RR & Truck | ☐ 830 Patent | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | | ☐ 650 Airline Regs | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | PERSONAL PROPERTY | ☐ 660 Occupational Safety/Health | SOCIAL SECURITY | ☐ 810 Selective Service |
| | | ☐ 370 Other Fraud | ☐ 690 Other | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities Exchange |
| ☐ 153 Recovery of Overpayment of Veterans Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | LABOR | ☐ 862 Black Lung (923) | |
| | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | ☐ 710 Fair Labor Standards Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 875 Customer Challenge 12 USC |
| ☐ 160 Stockholders Suits | | | ☐ 720 Labor/Mgmt. Relations | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 195 Contract Product Liability | | | | FEDERAL TAX SUITS | ☐ 893 Environmental Matters |
| REAL PROPERTY | CIVIL RIGHTS | PRISONER PETITIONS | ☐ 740 Railway Labor Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 790 Other Labor Litigation | ☐ 871 IRS - Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | | ☐ 791 Empl. Ret. Inc. | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 230 Rent Lease & Ejectmant | ☐ 443 Housing/Accommodations | ☒ 530 General | ☐ Security Act | | |
| ☐ 240 Tort to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | | ☐ 950 Constitutionality of State |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | ☐ 540 Mandamus & Other | | | ☐ 890 Other Statutory Actions |
| ☐ 290 All Other Real Property | | ☐ 550 Civil Rights | | | |

**VI. ORIGIN** (PLACE AN X IN ONE BOX ONLY)

☒ 1 Original Proceeding  ☐ 2 Removal from State Court  ☐ 3 Remanded from Appelate Court  ☐ 4 Reinstated or Reopened  ☐ 5 Transferred from another district (specify)  ☐ 6 Multidistrict Litigation  ☐ 7 Appeal to District Judge from Magistrate Judgment

**VII. REQUESTED IN COMPLAINT:** ☐ CHECK IF THIS IS A CLASS ACTION UNDER f.r.c.p. 23   DEMAND $   Check YES only if demanded in complaint:
JURY DEMAND: ☐ YES ☐ NO

**VIII. RELATED CASE(S) IF ANY** (See Instructions):   JUDGE   Docket Number

DATE  7/1/2008   SIGNATURE OF ATTORNEY OF RECORD